*Opposed*—None.

BERNARD SEIDEN, t/a BERNIE'S SUPRETTE, PLAINTIFF-APPELLANT, v. JEFFERSON INSURANCE COMPANY OF NEW YORK, *ET ALS.*, DEFENDANTS-RESPONDENTS.

Argued October 26, 1970—Decided November 9, 1970.

*Mr. Stanley M. Teich,* argued the cause for appellant (*Messrs. Lieb, Teich & Berlin* and *Messrs. Bennett & Bennett,* attorneys).

*Mr. Allan Maitlin* argued the cause for respondents (*Messrs. Feuerstein, Sachs & Maitlin,* attorneys; *Mr. Leonard Rosenstein,* on the brief).

PER CURIAM. The judgment is affirmed for the reasons expressed in the per curiam opinion filed in the Appellate Division, 112 *N. J. Super.* 86.

*For affirmance* — Chief Justice WEINTRAUB and Justices JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and HANEMAN—7.

*For reversal*—NONE.